Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Eighth_ District of _Iowa_

_Southern_ Division

**RECEIVED**

JUL 3 0 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Case No. _____

_(to be filled in by the Clerk's Office)_

Vera Elizabeth Rhodes

Plaintiff(s) Claimant

_(Write the full name of each plaintiff who is filing this complaint
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

Chauncey Moulding
Shawn Showers
Daniel P Kitchen

Defendant(s) Wrongdoers

_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint) Claim

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name          Daniel P. Kitchen - Trustee

Job or Title *(if known)* DBA Judge and Banker

Shield Number    ?

Employer     ? STATE OF IOWA, IOWA BAR ASSC., CITY OF FAIRFIELD, et al
Corporations

Address      51 East Briggs Suite 5

Fairfield        Iowa      52556
*City*          *State*      *Zip Code*

☒ Individual capacity     ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*City*          *State*      *Zip Code*

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name *D. B. R.*
*TRUST NAMES :*                    VERA RHODES

All other names by which            VERA E RHODES

you have been known:                 VERA ELIZABETH RHODES

ID Number 6315644                    VERA ELIZABETH/VERA ELIZABETH BUSSCHER

Current Institution        Iowa Womens Prison
Address

     ICIW 420 Mitchellville S.W. Iowa    [50319] U.S.A.
           *City*         *State*     *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                      Chauncey Moulding - a man

Job or Title *(if known)*   D.B.A. District Attorney

Shield Number             ?

Employer                  ? STATE OF IOWA, IOWA BAR ASSC, CITY OF FAIRFIELD,
                          *et al* Corporations/Agencies
Address                   51 West Hempstead

            Fairfield    Iowa   [52556] U.S.A.
              *City*       *State*     *Zip Code*

     [X] Individual capacity     [ ] Official capacity

Defendant No. 2              Shawn Showers - a man

Name

Job or Title *(if known)*   D.B.A. Judge and Banker

Shield Number             ?

Employer                  ? STATE OF IOWA, IOWA BAR ASSC, CITY OF FAIRFIELD
                          *et al* corporations
Address                   51 East Briggs suite 5

            Fairfield    Iowa   [52556] U.S.A.
              *City*       *State*     *Zip Code*

     [X] Individual capacity     [ ] Official capacity

Go back to page 3 - Copy mistake

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

None produced their Oath of Office nor licence to practice Law when Re-quested – per Judges Rule 5.4 must be shown when Requested;
None produced a Bonified Contract signed under Penalty of Perjury per 28 USC 1746 1 or Warrants - Thus Kidnapping, No search Warrants for home & automobile 'Fraud upon the Court' 'Driving while BARRED' when i woman was not in commerce;

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Defacto Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   *1st*  If the events giving rise to your claim arose outside an institution, describe where and when they arose.
Trespass on My Travel Rights & Harassment have been going on reads and home around Fairfield, Iowa from 2018 till Incarceration for prison inspite of Surrendering Drivers licence with Copy of Passport Travel ID To Iowa D.O.T.
Notice: UNITED STATES OF AMERICA * PASSPORT CARD # C17529235 valid to 15 May 2028 for land Travel on America, Mexico, Canada, Carribbean and Bermuda;

B.   *2nd*  If the events giving rise to your claim arose in an institution, describe where and when they arose.
At prison i asked for Rights and gave 'Notice of Liability' at 9-24-2024 Prison intake Entry, see copy of Trust on Record at ICIW Medical Clinic or Trust instrument # 2024-1093 at Jefferson County Records office;
Neither Counselors helped me. First one resigned, Second one stopped communicating;
No Effective Assistance of Counsel;
P.S. as i was writing This Jill Benz counsel – called me to her office for Classification i said, 'i ask for Bail Bond for Post Settlement and Closure – i am in peace and Equity;

C. _Dates: Approximately (8-10) eight to ten_
What date and approximate time did the events giving rise to your claim(s) occur? _so many!_
_i am in Prison stripped of Records. You can review some on Record at Jefferson_
_County Jail - my incident Reports and on line court site if you need more than_
_Evidence included;_

D. What are the facts underlying your claim(s)? *(For example:[1] What happened to you?[2] Who did what? 3. Was anyone else involved? Who else saw what happened?)*
_1. Stoped in auto threatened to oblige, than jail; 2. Cops & Deputy Sheriffs threatened_
_me to oblige to policy rules or i would get extra charges - up to (6) six at a time with guns_
_w/o Warrants_
_3. No one else involved - i felt targeted;_

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_No medical, now suffering from PTSD_

## VI.    Relief

1. State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
2. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_1. i ask your court To do a 'Court Order' to settle in Camera at Local District Court & Prison_
_for full Accounting, Extingishment & Expungement of all Defacto false Records' Conflicts"_
_and return all my sweat Equity "Fines & Bail Dollars" Nunc protunc x(4) four per the_
_Clayton Act and as an upright State National i ask for the Data Base to say 'Do not stop or_
_Detain' - Maybe it does already? When i ask Cops to - no one would._

_2. i ask for BAR privledges be Taken and each removed from Office if i can stay anonamous_
_"i fear retaliation in our small town". Or i accept this as My school. My losses at home were_
_huge while incarcerated and away - Cops entering home w/o a search Warrant & breaking_
_down doors, Antique Cupboard & dishes (3) or more times. i really want peace & To be left_
_alone. How? To honor The Clayton Act will cover my losses but not 'persuit of happiness'_
_for me, family & friends who miss, love me & had to care/maintein my home and expenses_
_i ask how To make 'Inland Pirates' honor their Oath to Serve and Protect in Jefferson_
_County Iowa? And get rid of BAR Attorneys and Judges and use proper Warrants_
_etc. etc.!?_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes — see inclose grievance

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). ICIW  IOWA STATE PRISON

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes   if settled in camera, Nunc Pro Tunc

☐ No

☐ Do not know

If yes, which claim(s)? "Conflict" using CAP's name for profit -Not who i am'; ie; Breach of Trust continued Collusion with local District Court

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint? *Claim*

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[X] No

E. If you did file a grievance:

1. Where did you file the grievance? *in Prison iCIW Mitchellville, Iowa*
   *See inclosed evidence*

2. What did you claim in your grievance? *Maxins of Law "When man appears he corrects the Record" and "Where there is conflict Equity prevails"; i have a "Conflict" i am not the CAP's name on ID - i am the Authorized Representative, Occupant of Executive Office, Principal, Creditor in Fact! As Trustee You are to Settle & Discharge this Matter and Return proceeds to Principal. i also asked for the Bond to be brought forward to Post Settle and Closure. No help. Than i stated This is A TAX ISSUE. Than i stated "Upon Request" i request a 1099 OID for proof of Claim and a W9 form, from Jill Benz*

3. What was the result, if any?
   *Ignored; one said "i don't understand what you want," others pass the buck to Unit Counselor Jill Benz who is Ineffective Assistance of Counsel*

4. *l.* What steps, if any, did you take to appeal that decision? *2.* Is the grievance process completed? *3.* If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   *1. No appeal - as never got a response back*
   *2. Yes.*
   *3. Please see inclosed Grievance w/details*

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed,
         when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
      remedies.

Yes    (Note: *You may* attach as exhibits Evidence *to this complaint any documents related to the exhaustion of your
       administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[ ] Yes

[X] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) ? *Don't Know*

Defendant(s) :*Vera- Elizabeth : Rhodes*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number    *See inclosed Evidence*

4.    Name of Judge assigned to your case    ? *Don't Know*

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* *No help, No, No, No to all Questions*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *No, Not with this grievance administrative preceedure;*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[X] Yes

[ ] No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) *State of Iowa*

Defendant(s) *:Vera-Elizabeth: Rhodes.*

2.  Court *(if federal court, name the district; if state court, name the county and State)*
*Iowa Civil Rights Commission, See inclosed*
*State Appeal Board - see inclosed*

3.  Docket or index number *see inclosed*

4.  Name of Judge assigned to your case *Don't Know*

5.  Approximate date of filing lawsuit *Iowa Civil Rights Commission about 1-10-2025*
*State Appeal Board about 3-1-2025*

6.  Is the case still pending?

[ ] Yes

[X] No

If no, give the approximate date of disposition *C P# Civil Rights 1-30-2025*
*State Appeal Board T250393 4-1-2025*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*Dismissed - No favor, did not appeal.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      7-23-2025
                      By: :Vera-Elizabeth:Rhodes. ucci-308  w/o prejudice  ink
                                                  A.R.R.

Signature of Plaintiff

Printed Name of Plaintiff    By: :Vera -Elizabeth:Rhodes. ucci-308  w/o prejudice
                                                  A.R.R.

Prison Identification # 6315644

Prison Address              ICIW, 420 Mitchellville s.w.

                            Mitchellville      Iowa      52556 U.S.A.
                                 City            State     Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney       N/A

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                              City              State      Zip Code

Telephone Number

E-mail Address

*Evidence*

**BRENNA BIRD**
**ATTORNEY GENERAL**



**IOWA DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

1305 E. WALNUT ST.
DES MOINES, IA 50319
Main: 515-281-5164
Direct: 515-281-5881
Email: tortclaims@ag.iowa.gov
www.iowaattorneygeneral.gov

Tuesday April 1, 2025

VERA E RHODES 6315644
I.C.I.W.
420 MILL ST SW
MITCHELLVILLE, IA 50169

RE: Claim Number T250393

Dear Claimant:

The State Appeal Board has directed me to inform you that your claim against the State of Iowa has been denied based on consideration of the facts and circumstances forming the basis of the claim.

If you are not satisfied with this action, and wish to pursue this matter further, your attention is directed to Sections 669.4 and 669.13 of the Code of Iowa.

For any questions, please contact us at email or phone number listed above.

Sincerely,


Iowa Attorney General's Office for Claims


/pro
Enclosures

*Evidence*



**IOWA CIVIL RIGHTS**
COMMISSION

# STATE OF IOWA

KIM REYNOLDS, GOVERNOR
CHRIS COURNOYER, LT. GOVERNOR

KRISTEN STIFFLER, EXECUTIVE DIRECTOR

1/30/2025

VERA RHODES
420 MILL ST. SW
MITCHELLVILLE, IA 50169

RE: CP# NJ52408

VERA RHODES:

Your complaint has been closed as "Non-Jurisdictional" because it does not allege a "discriminatory practice" as defined by Iowa Code Chapter 216.

The ICRC is a neutral, fact-finding law enforcement agency that enforces the Iowa Civil Rights Act, which prohibits discrimination in the areas of employment, housing, credit, <u>public accommodation</u>, and education. Discrimination, or different treatment, is illegal if based on race, color, creed, national origin, religion, sex, sexual orientation, gender identity, pregnancy, physical disability, mental disability, retaliation (because of filing a previous discrimination complaint, participating in an investigation of a discrimination complaint, or having opposed discriminatory conduct), age (in employment and credit), familial status (in housing and credit) or marital status (in credit).

From the provided information, it appears that you are complaining about proceedings in court. The ICRC has no authority or jurisdiction to collaterally attack the merits or procedures of an appeal pending in a judicial forum – your remedy is within the court system.

At this time, you have the following options:

1. You may request the ICRC reconsider this determination and reopen your complaint. Your request must be in writing and made within thirty (30) days from the date of this letter. Your request should state why reopening should be granted. Any new information or documents supporting your allegations of discrimination should be submitted along with your request for reconsideration and reopening. The ICRC will send a copy of your request to the Respondent, who will then be given an opportunity to submit a response. In your written request for reconsideration, please state the CP# and EEOC#.

Your request can be delivered to the ICRC office within 30 days from the date of this letter by one of the following methods:

   a. Mail – postmarked no later than the 30th day, see address at bottom.
   b. FAX – received by the ICRC no later than 4:30 pm on the 30th day, see FAX number at bottom.

   c. Hand-delivered – received by the ICRC no later than 4:30 pm on the 30th   day, see address at bottom.

   d. Email - received by the ICRC no later than 4:30 pm on the 30th day, see email address at bottom.

**Note:** If the 30th day falls on a weekend or a federal or state holiday, the 30-day period is extended to the ICRC's next regular business day.

2. You may appeal this determination to District Court. We suggest consulting an attorney before you choose this option. You may wish to contact the Iowa Bar Association's Lawyer Referral Service at www.iabar.net

If you have any questions, please contact our office. Thank you.

Iowa Civil Rights Commission

CC: File

*Authorized*
*COPY*

**Iowa Department of Corrections**
**INCARCERATED INDIVIDUAL GRIEVANCE**
**COMPLAINT/** *Claim*

Grievance No.

**(For Grievance Officer Use Only)**
*for Grievance Trustees*

**Your grievance will be returned unprocessed if all information is not completed.**

*By: :Vera-Elizabeth: Authorized Representative*
Name: *for VERA RHODES 6315644 TRUST* *A.R-R* Date: __July 16, 2025__

Number: __6315644__   Housing Unit: __H5 now /started in H6__   *grievance w/ Jill Benz -Hee*

I consider this grievance to be:
☐ Standard    ☒ Emergency

'Breach of Trust" Jill Benz in unit #6 & H5     *Kiosk*
Description of Problem: (This should include the incident date/time/location, etc.) *also 6-30-2025, 7:42 A.M.*
*Jill Benz 5-28-2025 inclosed, 6-24-25 inclosed, 5% Kiosk 7-1-25 2:36 P.M, & 7-1-25 1338 P.M.*
*Erica Wilson see Kiosk 5-31-70-25 2:27 P.M. 6-9-25, 12:11 A.M. 16-17-25, 4:18 P.M. Requests H-6 25, 2:07 P.M*
*Courtney Arringdale see 7-11-25, 3-15 & 3:26 P.M Kiosk requests*

(Attach additional sheets/receipts if necessary) *Paper Reduction Act 44 USC 3351*
*see back →*
*on all*

**Documentation of Informal Resolution Attempt:**
You must have attempted to resolve informally with an appropriate staff prior to filing a formal grievance. Have you attempted to resolve this issue informally? ☒ Yes ☐ No
NOTE: If yes, you must list specifically what steps you have taken and with whom.

*counselor Jill Benz -Trustee*
Name of staff member with whom I attempted to resolve informally: *Erica Wilson -Hee Courtney Arring-*
*dale -Trustee*
Date of informal resolution attempt: *2-28-25, 6-24-25, 7-7-25, et al above*
Form of communication (kite, face to face meeting, etc.) *Kiosk & face to face meeting*
Reason the informal resolution was not successful: *passed the Bucks*

*ink 4/5   w/o prejudice UCC1-308*
By: *:Vera-Elizabeth:Rhodes, All Rights Reserved*
*A.R. for VERA RHODES 6315644 TRUST*
Grievant Signature
__July 16, 2025__
Date

Action Requested by Incarcerated Individual: *Woman To meet with ALJ-Trustees and*
*settle in Camera, immediately, post Haste "Notice of Liability"*

Grievance Officer Receipt                     Date

Effective: June 2010. Reviewed: Nov. 2011, March 2013, May 2014, Nov. 2015, Feb. 2017, July 2021.

IO-OR-06 #-1

page 1 of 8

*Evidence/Exhibit*

Face to face

To: Counselor Jill Benz - Trustee

2 - 28 - 2025

Thank you for being here and filling in; for Joe Whitlow i am to be run & staffed in March 2025 for VERA RHODES 6315644 TRUST

Notice this is not who i am: 'A CONFLICT'

i occupy the Office as Executrix, authorized Representative, general agent, Principal and Creditor in Fact;

## This is a TAX ISSUE

As Administrative Law Judges - Trustees for ICIW you are to settle [Added] and Discharge This Matter and Return Proceeds to Principal and set surety free immediately;

## Upon Request:

Authorized Representative - Requests completed 1097 & 1099 OID forms for Proof of Claim and so that Authorized Representative, Creditor in Fact, Principal can see who is Recipient of the funds?

ink 2/5 Thank you,

By: :Vera-Elizabeth: Rhodes: UCCI-308 A.R.R.    w/o prejudice

Authorized Representative, general Agent, Principal and Creditor in fact for VERA RHODES 6315644 **TRUST**    A-R.R, set apart, A.R., 12 USC 411-412

## Note:

Conflict { Jill Benz looked into the data & responded, "i can see where concurrant' may be or is but is above her pay grade. to fix it;

This is per 2-28-2025. Signed under Penalty of Perjury 28 USC 1746 1 and must be Rebutted the same in writing; ink 4/5    No response
w/o prejudice

Authorized COPY

By: :Vera-Elizabeth:Rhodes UCCI-308 A.R.R.
Set-apart, A.R., 12 USC 411-412

page 2 of 8

*Evidence/Exhibit*

To ALJ ICIW Trustees: et al    (hand-given to Jill Benz 6-24-2025)    No show 6-17-2025

Re: Two maxims of Law; "When man appears he corrects the Record"
"Where there is Conflict Equity prevails"

Authorized COPY

# CONFLICT

This ID is not who i am; now a TAX ISSUE

i am the Authorized Representative, Principal, Creditor in Fact for 6315644 Account; "i am in peace and Equity", i want to continue my Spiritual journey";

i told Jill - As Trustee(s) you are to Settle & Discharge This Matter & Return Proceeds to Principal
As Trustee you are to Settle & Discharge This Matter & Return Proceeds to Principal
As Trustee you are to Settle & Discharge This Matter & Return Proceeds to Principal

i want you Trustees To have a Bus Ticket ready for me to go to Fairfield Iowa; June 18, 2025 - i have Directions & Address on My IRS TAX Exemption Certificate given to ICIW Business Dept. & this one for you for full accounting: All Records & return of funds x(4) four per Clayton Act;

"i Thank you for being here & all you do to protect our children and to keep our Communities safe. God Bless You!" This Matter is Confirmed; ~~Adjourned~~;

Conflict { By:: Vera-Elizabeth: Rhodes ink 4s    P/c
            set-apent, A.R.; 12 usc 411-412/A.R.R w/o prejudice ucc1-308
            for VERA RHODES 6315644 TRUST

"Notice of Liability" & "Notice To Agent is Notice to Principle Notice to Principle is Notice to Agent"

6-30-25 7:47 AM ~~email~~ Kiosk - INFORMAL

Greetings Jill Benz -Tee; As Authorized Agent/Representative for VERA RHODES 6315644 TRUST, You have failed your duty to Settle & Discharge this Matter; i now claim you in "Breach of Trust"; You have(s) three business days to arrange a Special in Camera meeting, or sooner By: :Vera A.R./A-RR UCC 1-308    June 17, 25
see 7-3-25 4:05-7:16 et al Requests - All denied and "No shows"   July 8, 9, 10, 11, 12
2025. "Notice of Liability" "Power of Appointment Act" etc.

"Under Penalty of Perjury 28 USC 1746 1" Rebutt in writing under Penalty of Perjury
28 usc 1746 1. By: :Vera-Elizabeth: Rhodes. w/o prejudice ucc1-308 A.R.R.
            Authorized Representative, 12 usc 411-412
            P/c                                    page-3 of 8

**REVENUE** *Iowa Department of Revenue* — Evidence/ Exhibit

## Iowa Sales/Use/Excise Tax Exemption Certificate

tax.iowa.gov

This document is to be completed by a purchaser when claiming exemption from sales/use/excise tax.
Certificates are valid for up to three years.

Purchaser legal name: *VERA RHODES 6315644*
Doing business as: *Authorized Representative* *Principal-Creditor in fact*

Seller legal name: *ADAM OWEN-Banker-Fee*

Doing business as: *ICIW PRISON SYSTEM*

Address: *1200 West Broadway #0032*

Address: *420 Mill Street South West*

City: *Fairfield* State: *Iowa* ZIP: *52556*

City: *Mitchellville* State: *Iowa* ZIP: *50169*

General nature of business: *Creditor in Fact* *12 USC 411-412*

Phone number: *N/A*

### Purchaser is doing business as:
Retailer ☐
  Permit number (if required): _____
Retailer car dealer ☐
  Enter your DOT number: _____
Governmental agency (including public schools) ☐
Wholesaler ☐
Farmer ☐
Lessor ☐
Manufacturer ☐
Nonprofit hospital ☐
Private nonprofit educational institution ☐
Qualifying residential care facility ☐
Nonprofit museum ☐
Commercial enterprise ☐
Nonprofit food bank ☐
Other ☒ *private Creditor in fact-12 USC 411-412*

### Purchaser is claiming exemption for the following reason:
Resale ☐   Leasing ☐   Processing ☐
Qualifying farm machinery/equipment ☐
Qualifying farm replacement parts ☐
Qualifying manufacturing machinery/equipment ☐
Research and development equipment ☐
Pollution control equipment ☐
Recycling equipment ☐
Qualifying computer or computer peripheral ☐

Qualifying replacement parts/supplies (manufacturing, research & development, pollution control, recycling, computer) ☐

Qualifying computer software, specified digital products and digital services ☐
Grain bins and replacement parts ☐
Other ☒ *Private TaxExempt IRS Title 26,(D)* *26 USC 3(1274(5)(D)*
Direct pay ☐ Permit number required:
  Permit: _____

Description of purchase (Include additional information if necessary): *FOIA & Right to Know" commesary,*
*Request for full accounting, Tax, goods & services, monies on arrival and*
*Deposits on Account 6315644 also release of name hypothecation 1099010 forms* *Monitized for and W 9*

I, the undersigned, declare under penalties of perjury or false certificate, that I have examined this certificate, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature of purchaser *Redeemer: Vera-Elizabeth: Rhodes For: VERA RHODES 6315644 TRUST*
Title: *Authorized Representative, Principal Creditor in Fact*   Date: *2-23-2024*
*Beginning 9-24-24 till Discharge from Prison and Parole*

**Seller:** Keep this certificate in your files.
**Purchaser:** Keep a copy of this certificate for your records.
**Do not send to the Iowa Department of Revenue**

*COPY of Original*

31-014a (11/3/2021)

Evidence/
Exhibit

via 'kiosk'        To Warden - Trustee of ICIW        July 11-2025 11:57AM

[subject to C. Arringdale - Trustee]

Greetings Courtney tHee: on 6-30-25 i sent an INFORMAL to counselor Jill Benz - She a 'No Show' w/o Notice & Remedy on last three appointments. Please see her and Erica Wilsons Kiosk per my Requests, i.e.

i am here in peace & Equity & the Authorized Representative for VERA RHODES 6315644 TRUST; i request the Bond brought forward to Settle this Matter per Public Policy & Affirmative Defenses under Rule 8 & 12 USC 411-412; If not Settled its a TAX ISSUE

i Request a 1099OID be filed for Proof of Claim so i can see who is Recipient of the funds?

As Trustee you Courtney Arringdale are to Settle & Discharge This Matter As Tlee, you are to settle and Discharge This Matter, As Tlee you are to settle & Dis- charge This Matter;

"Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent"

By: A R  ink⁴/s A.R.R.

Same was Kiosk to Associate Warden Administrator July 11-25, 3:15-3:25 p.m

Evidence 1
Exhibit

Affidavit and A TAX ISSUE - Non-Response Default
Notice & Requests to Kill Administrative Law Trustees
ie, Jill Benz, Renee & Sinclair, Beth R. Skinner, etthat. Ke Waddie & Kim Reynolds

From: A.R.
→

Valid only for International Land & sea Travel

USA
1PUSAC17529232<<11<55<805<616
5211087F2802151SUSAC<2910231271
RHODES<<VERA<ELIZABETH<<<<<<<<<

UNITED STATES OF AMERICA
PASSPORT CARD
Surname
RHODES
Given Names
VERA ELIZABETH

Nationality
USA

Passport Card no.
C17529235

Sex   Date of Birth
F     08 NOV 1952

Place of Birth
VIRGINIA, U.S.A.

Issued On        Expires On
16 MAY 2018     15 MAY 2028

8-63510

F-3345105-11

To: Trustees
420 Mill Street Southwest
Michelleville, Iowa
50111

Date, 3-11-2025
Sent

Conflict - Right to Travel vs Drive

To: Jill Benz & ICw' Administrative Law Judges Trustees
Am i; Authorized Representative for VERA RHODES 6415644 TRUST
getting "Run & Staffed" This month?
"Where there is Conflict Equity prevails"
Please respond in writing along with your w9, & 1099 or ID completed IRS forms - a Request; "Must be given upon Request"
All previous Requests & Notices apply. Affidavit sent 12/dept/1-02-25
must be rebutted in writing & signed by all Trustee's Thank you.
                                                    → by, 3-31-2025
Authorized                    With all Due Respect;              No Response
COPY               By: :Vera-Elizabeth:Rhodes 4/s
                   Authorized Representative Principal, Creditor infact
                   for VERA RHODES #6315644 TRUST
                   Set-apart; A.R.; 12 usc 411-412
                   Notary Acknowledgement
Default    Notary in Good standing did witness Vera Elizabeth Rhodes sign this
Non-Response on this 9th June 2025 year of our Lord;

Joan M Greimann
Notary name              seal

Joan M. Greimann
COMMISSION NO. 770862
MY COMMISSION EXPIRES
1/13/26

page 6 of 8

*Evidence/Exhibit*

 **Iowa Department of Corrections**

GOVERNOR KIM REYNOLDS          BETH SKINNER, DIRECTOR
LT. GOVERNOR CHRIS COURNOYER

**DATE:** 07/14/2025

Clerk of District Court
Jefferson County

RE: Discharge of Sentence

This is to notify you that Vera Elizabeth Rhodes, 6315644 discharged his/her sentence(s) from your county for the following:

**Discharge Date:** 07/07/2025

| | | |
|---|---|---|
| **Evaluation Number:** | AGIN010543 | **Count:** 1 |

**Charge:** 321.561 (1989) - Driving While Barred-Habitual Offender

The offender is presently serving sentences with the Iowa Department of Corrections with a tentative discharge date of 11/18/2026.

Sincerely,

**Jennifer Griffin**
**ICIW - Records Administrative**
**Assistant 2**

Cc:  Offender
     Offender file

*page 7 of 8*

*Evidence/Exhibit*

# Office of the Minnesota Secretary of State
## Certificate of Assumed Name
*Minnesota Statutes, Chapter 333*



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.

Work ITEM/File # 1488154100020

ASSUMED NAME:    STATE OF IOWA    *other than by* Not claimed A:Vera-Elizabeth:Rhodes. *et al vexations* and :Larry-Allen: Bell. *on Iowa*

PRINCIPAL PLACE OF BUSINESS: [200] West Broadway Avenue, #0032  Fairfield Iowa [52556] united States of America [without the U.S.]

APPLICANT(S):

Name:
:Vera-Elizabeth: Rhodes. *ink*

:Larry-Alan: Bell:

Address:
[200] West Broadway Avenue, #0032  Fairfield Iowa
[200] West Broadway Avenue, #0032  Fairfield Iowa
[52556] united States of America [without the U.S.]

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.



**Work Item 1488154100020**
**Original File Number 1488154100020**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**08/20/2024 11:59 PM**

*Steve Pinn*

Steve Simon
Secretary of State

page 8 of 8

From: :Vera-Elizabeth:Rhodes:
   Authorized Representative for
   VERA RHODES 6315644 Bond
   ICIW 420 Mill Street Southwest
   Mitshellville, Iowa [50169] U.S.A.



US POSTAGE
ZIP 50169
02 4W
0000375813

Deliver first Class Mail

⬡ ⬡ CLEARED BY U.S.M.S. GC

To: UNITED STATES DISTRICT COURT
   for Southern District of Iowa
   III ~~112~~ Locust Street
   Des Moines, Iowa
   [50309] U.S.A.

"Restricted, Special, Private"

50309